Mike Zahare, AKB #8411148
CLAYTON & DIEMER, LLC
500 L Street, Suite 200
Anchorage, AK 99515
Telephone: (907) 276-2999
Facsimile:  (907) 276-2936
Mike.Zahare@cdlaw.pro

Attorneys for Petitioner

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
AT ANCHORAGE

| | |
|---|---|
| In the Matter of:<br><br>DAVID MANNERS, dba Big Dave's Fishing Adventures, as owner of the SeaArk and the G3 for Exoneration from or Limitation of Liability<br><br>Petitioner. | IN ADMIRALTY<br><br>NO. _____<br><br>COMPLAINT FOR EXONERATION FROM OR LIMITATION OF LIABILITY |

Petitioner, David Manners, dba Big Dave's Fishing Adventures, as owner of the SeaArk and the G3, alleges as follows:

1. David Manners files this action for exoneration from or limitation of liability under 46 U.S.C. §30501 *et seq*. at Rule F of the Federal Rules of Civil Procedure, Supplemental Rules for Certain Admiralty and Maritime Claims.

2. This is a case of admiralty and maritime jurisdiction within 28 U.S.C. § 1331(1). Venue is proper in this district pursuant to SAR F(9).

3. At all times material to this Complaint, Petitioner owned the vessels the SeaArk and the G3.

4. On or about August 21, 2021, the SeaArk and the G3 collided when each came around a curve in opposite directions on the Kichatna River, Alaska.

5. The SeaArk and the G3 were both damaged in the collision on August 21, 2021, at Kichatna River, Alaska.

6. The SeaArk terminated its voyage at the Kichatna River, Alaska, no later than August 21, 2021. The vessel is currently in possession of Petitioner and stored at Deshka Landing, within this district. The value of the vessel upon termination of its voyage was no more than $15,000.00. The vessel had no pending freight.

7. The G3 terminated its voyage at the Kichatna River, Alaska, no later than August 21, 2021. The vessel is currently in the possession of Petitioner and stored at Deshka Landing, within this district. The value of the vessel upon termination of its voyage was no more than $5,000.00. The vessel had no pending freight.

8. There are no pending lawsuits in this district arising from the accident.

9. Petitioner has received no formal settlement demands related to the accident.

10. Petitioner has received notice of claims, or potential claims, for personal injuries and property damage in unspecified amounts arising out of the accident. Based on the information available to petitioner, the value of these claims exceeds $81,075.52.

11. Altogether the owner of the vessels faces potential claims for damages exceeding the combined value of the vessels.

*ITMO DAVID MANNERS,*
*dba Big Dave's Fishing Adventures et al*                *Case No. 3:22-cv*_____
Complaint for Exoneration                                                                                               Page 2 of 4

Case 3:22-cv-00039-JWS    Document 1    Filed 02/25/22    Page 2 of 4

12. At all material times, Petitioner exercised due diligence to keep the vessels seaworthy in all respects and fit for the service in which they were engaged. The damages that occurred from the August 21, 2021, collision were not due to any fault, neglect, or want of care on the part of Petitioner.

13. If any negligence or fault caused or contributed to any damages, such negligence or fault occurred without the privity or knowledge of Petitioner.

14. Petitioner asserts a right to exoneration for damages incurred because of the August 21, 2021, accident, or in the alternative, the right to limit Petitioner's liability to the value of the vessels.

Wherefore, Petitioner prays for the following relief:

1. That the Court accept and approve as security for value, under SAR F(1), the Policy of Insurance, GC999009, tendered to the Court.

2. That the Court combine the security for costs in the amount of $1000.00, under SAR F(1) and LAR (f)-1, with the security for value, and accept and approve as security for costs the Policy of Insurance, GC999009, tendered to the Court.

3. That the Court issue a monition to all persons claiming damages for any loss, damage, destruction, or injury done, occasioned, or incurred by or resulting from the August 21, 2021, incident, directing such persons to file their claims with the Clerk of this Court, and to issue by mail to the attorneys for Petitioner a copy thereof on or before the date given.

*ITMO DAVID MANNERS,*
*dba Big Dave's Fishing Adventures et al*      *Case No. 3:22-cv*_____
Complaint for Exoneration      Page 3 of 4
Case 3:22-cv-00039-JWS   Document 1   Filed 02/25/22   Page 3 of 4

4. That the Court cause to be issued public notice to all persons of such monition according to SAR F(4).

5. That the Court issue an injunction against the initiation and further prosecution of any suits, actions, or proceedings of any nature or description whatsoever, except in this proceeding, against Petitioner with respect to any claims arising out of or in connection with the August 21, 2021, incident.

6. That the Court permit Petitioner to contest liability for all loss, damage, injury, or destruction occurring in the August 21, 2021, incident and be adjudged not liable, or if such liability is found, that the Court limit its liability to the extent provided by law.

7. That judgment be entered for Petitioner discharging Petitioner from further liability for any and all damages relating to the August 21, 2021 incident.

8. That Petitioner be granted such further relief as the Court deems equitable under the circumstances.

DATED this 25th day of February, 2022.

                CLAYTON & DIEMER, LLC
                Attorneys for Petitioner

                By: s/ A. Michael Zahare
                    A. Michael Zahare
                    ABA No. 8411148

*ITMO DAVID MANNERS,*
*dba Big Dave's Fishing Adventures et al*           Case No. 3:22-cv_____
Complaint for Exoneration                                                 Page 4 of 4

Case 3:22-cv-00039-JWS   Document 1   Filed 02/25/22   Page 4 of 4